

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:15-00241
                                18 U.S.C. § 924(a)(1)(A)
                                18 U.S.C. § 2
BOBBY D. BLANKENSHIP

# I N F O R M A T I O N

The United States Attorney Charges:

On or about September 1, 2012, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, a known individual (hereinafter "B.T."), aided and abetted by defendant BOBBY D. BLANKENSHIP, knowingly made a false statement and representation to Big Eagle Gun & Pawn III, a dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Big Eagle Gun & Pawn III, in that B.T., aided and abetted by defendant BOBBY D. BLANKENSHIP, falsely represented on ATF Form 4473 that the B.T. was the transferee of a firearm, that is, a Glock 10mm pistol, when the true transferee of the firearm was a different known individual (hereinafter "T.T.") who defendant knew would not pass the

required background check. After T.T. filled out the Form 4473 using the B.T.'s name and information, defendant BOBBY D. BLANKENSHIP had B.T. sign the form even though he knew that the B.T. was not the true transferee. Defendant BOBBY D. BLANKENSHIP had B.T. sign the Form 4473 because he knew T.T. would fail the background check and the sale of the firearm would be denied.

In violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney